July 09, 2004

Mr. David W. Holman
Holman Keeling & York, P.C.
440 Louisiana, Suite 2220
Houston, TX 77002

Mr. Richard M Alderman
University of Houston Law Center
4800 Calhoun
Houston, TX 77204-6391
Mr. H. Bruce Golden
Golden & Owens L.L.P.
1221 McKinney Street, Suite 3150
Houston, TX 77010-2010

Ms. Lynne Liberato
Haynes & Boone
1000 Louisiana, Suite 4300
Houston, TX 77002-5012

RE: Case Number: 01-0346
 Court of Appeals Number: 14-98-00154-CV
 Trial Court Number: 94-035566

Style: PPG INDUSTRIES, INC.
 v.
 JMB/HOUSTON CENTERS PARTNERS LIMITED PARTNERSHIP

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above referenced cause. Justice Jefferson not sitting.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Charles |
| |Bacarisse |
| |Mr. Ed Wells |